JOSEPH C. OTT v. BOARD OF EDUCATION OF THE TOWN-
SHIP OF HAMILTON.

September 19, 1978. Petition for certification denied. (See
160 *N. J. Super.* 333)

STATE OF NEW JERSEY v. MICHAEL PUGLIESE.

September 19, 1978. Petition for certification denied.

MOUNT LAUREL TOWNSHIP v. LOCAL FINANCE BOARD
OF THE DEPT. OF COMMUNITY AFFAIRS.

September 19, 1978. Petition for certification granted.

DOROTHEA B. McGORTY v.
WEEHAWKEN BOARD OF EDUCATION.

September 19, 1978. Petition for certification granted.

IN THE MATTER OF THE GUARDIANSHIP OF W. A.

September 19, 1978. Petition for certification denied.

WALTER MARTIN v. HELEN WARNICK.

September 19, 1978. Petition for certification denied.